

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00100-CV

**EX PARTE J.P.**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W1790
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's November 18, 2019 order of expunction is REVERSED. We render judgment that J.P.'s petition for an order of expunction is DENIED.

Costs of court for this appeal are taxed against the party that incurred them.

SIGNED June 22, 2022.

_____
Patricia O. Alvarez, Justice